IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KRISTOPHER T. QUILLIN,**

    **Plaintiff,**

v.                                              Case No. 4:24-cv-405-AW-MAF

**WALT MCNEIL, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

Plaintiff filed a motion to remove his own § 1983 complaint from state court. ECF No. 1. As the magistrate judge notes, this was procedurally improper. *See* ECF No. 6. The same day Plaintiff filed that motion, he also filed a pro se § 1983 complaint styled for this court. ECF No. 2. He also filed a motion for leave to proceed *in forma pauperis*. ECF No. 3. The motion to remove, the new complaint, and the *in forma pauperis* motion all apparently came in the same envelope. It is unclear whether Plaintiff sought to both remove a state-court case *and* initiate a new case here. If so, the complaint should have been docketed as a new, independent case. But as the magistrate judge notes, this would require assessment of the full filing fee under the Prison Litigation Reform Act, even if the court granted the *in forma pauperis* motion. Because it is not clear that Plaintiff indeed sought to initiate a new action here, I will accept the magistrate judge's recommendation to dismiss the entire proceeding, rather than instruct the clerk to open a new matter.

1

The magistrate judge recommended dismissal (ECF No. 6), and Plaintiff did not file any objection. This suggests perhaps he did not intend to initiate a new action and sought only to remove his old one, which he cannot do. Regardless, Plaintiff reports in his motion that the statute of limitations has not run, so he remains free to file a new case here if he wishes.

The report and recommendation (ECF No. 6) is approved to the extent it recommends dismissal. The clerk will enter a judgment that says, "This case is dismissed without prejudice." All pending motions are DENIED. The clerk will close the file.

SO ORDERED on November 4, 2024.

s/ *Allen Winsor*  
United States District Judge